```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 09203
   REAGAN A PRATT
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1043


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/15/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 06/13/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
AMTRUST BANK               MORTGAGE ARRE    4436.54          .00          .00
AM TRUST BANK              UNSECURED       NOT FILED         .00          .00
AMTRUST BANK               CURRENT MORTG       .00           .00          .00
NATIONAL CITY BANK ~       CURRENT MORTG       .00           .00          .00
NATIONAL CITY              UNSECURED       NOT FILED         .00          .00
NATIONAL CITY BANK ~       MORTGAGE ARRE    590.00           .00          .00
NATIONAL CITY              UNSECURED       NOT FILED         .00          .00
TOYOTA MOTOR CREDIT CORP   SECURED VEHIC   5961.00           .00       163.00
TOYOTA MOTOR CREDIT CORP   UNSECURED       NOT FILED         .00          .00
CLARE M GEORGANTAS         DSO ARREARS     NOT FILED         .00          .00
STEPHANIE ROBSON           DSO ARREARS     NOT FILED         .00          .00
COOK COUNTY TREASURER      PRIORITY        NOT FILED         .00          .00
INTERNAL REVENUE SERVICE   PRIORITY         4911.00          .00          .00
BANK OF AMERICA            UNSECURED       NOT FILED         .00          .00
BANK OF AMERICA GOLD OPT   UNSECURED       NOT FILED         .00          .00
CAPITAL ONE                UNSECURED       NOT FILED         .00          .00
LVNV FUNDING               UNSECURED       11337.02          .00          .00
MATTHEW KIRSCH             NOTICE ONLY     NOT FILED         .00          .00
DISCOVER FINANCIAL SERVI   UNSECURED        9761.22          .00          .00
GRUND & LEAVITT            UNSECURED       NOT FILED         .00          .00
HOME DEPOT CREDIT SERVIC   UNSECURED       NOT FILED         .00          .00
HUGHES SOCOL PIERS RESNI   UNSECURED       NOT FILED         .00          .00
NADLER PRITIKIN & MIRABE   NOTICE ONLY     NOT FILED         .00          .00
RALLA KLEPAK               UNSECURED       NOT FILED         .00          .00
SWANSON MARTIN & BELL      UNSECURED       NOT FILED         .00          .00
WILDMAN HARROLD ALLEN &    UNSECURED       NOT FILED         .00          .00
CHRIS HALL                 NOTICE ONLY     NOT FILED         .00          .00
CHUCK & JULIE GODING       NOTICE ONLY     NOT FILED         .00          .00
CLARE M GEORGANTAS         NOTICE ONLY     NOT FILED         .00          .00
CLARE M GEORGANTAS         NOTICE ONLY     NOT FILED         .00          .00
COOK COUNTY TREASURER      SECURED NOT I   11910.60          .00          .00
QUERREY & HARROW           DEBTOR ATTY         .00                        .00
TOM VAUGHN                 TRUSTEE                                      14.17
DEBTOR REFUND              REFUND                                      452.83


                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 09203 REAGAN A PRATT
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    630.00

PRIORITY                                              .00
SECURED                                            163.00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                14.17
DEBTOR REFUND                                      452.83
                         ---------------     ---------------
TOTALS                     630.00                  630.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 09/08/08         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 08 B 09203 REAGAN A PRATT